**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2282**

---

WILLIAM WHITTMAN,

        Plaintiff - Appellant,

    v.

PPE CASINO RESORTS MARYLAND, LLC, d/b/a Live Casino & Hotel; THE
CORDISH COMPANIES, INC.,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Stephanie A. Gallagher, District Judge. (1:22-cv-01547-SAG)

---

Submitted: August 29, 2023                 Decided: August 31, 2023

---

Before KING, AGEE, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Whittman, Appellant Pro Se. Todd M. Reinecker, PILIEROMAZZA PLLC,
Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Whittman appeals the district court's order granting Defendants' motion to dismiss and dismissing without prejudice his complaint raising claims under Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a, and state law.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Whittman v. PPE Casino Resorts Md., LLC*, No. 1:22-cv-01547-SAG (D. Md. Dec. 13, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is a final, appealable order under 28 U.S.C. § 1291.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).

2